IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARSHALL STRITE
  AND
SHIRLEY STRITE, his wife

    Plaintiffs      BML NO. 4

vs.      CIVIL ACTION NO. 93-3664

BAIRNCO CORPORATION, ET Al.

    Defendants

### ORDER

AND NOW this 27th day of August, 2001, upon consideration of Plaintiffs' Motion, it is ORDERED that the Plaintiffs be granted leave to file an amended Complaint.

_____
United States District Judge

Charles R. Weiner